844

No. 93–9391.  HORDGE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–9393.  JOHNSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 93–9394.  HUNES v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 93–9395.  ELLINGTON v. MARSHALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 93–9396.  AVERHART v. SHETTLE ET AL.  C. A. 7th Cir. Certiorari denied.

No. 93–9398.  GRAIBE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–9399.  GARRETT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–9400.  GARY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–9401.  ESPINOZA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–9402.  HUDSON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 93–9403.  AQUIL v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–9404.  PHELPS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–9405.  CARSON ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–9406.  TALK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–9407.  SHAFFER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 93–9408.  COLE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.